JOSEPH GLUCK, appellant,

*v.*

AMELIA GLUCK, respondent.

On appeal from a decree advised by *Joseph F. Randolph, Esq.,* as advisory master, dismissing the appellant's petition for a divorce on the ground of the respondent's desertion, and also dismissing the respondent's cross-bill for a divorce on the ground of the appellant's adultery.

*Messrs. Hoffman & Herbert,* for the appellant.

*Messrs. Niven & Minturn,* for the respondent.

PER CURIAM.
This decree unanimously affirmed.